**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-30277
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

CHRISTOPHER BOOKER,

Defendant-Appellant.

Appeal from the United States District Court
For the Western District of Louisiana

(96-CV-20021-09)

August 7, 1998

Before WISDOM, JONES, EMILIA M. GARZA, Circuit Judges.

PER CURIAM:[*]

Christopher Booker pleaded guilty to interstate travel in aid of possession with intent to

distribute cocaine base and to carrying a firearm during and in relation to a drug-trafficking offense.

He was sentenced to two consecutive 60-month terms of imprisonment. Booker appeals, arguing that

his plea for carrying a firearm lacks an adequate factual basis. We find no merit to Booker's

argument.

---

[*]Under 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published
and is not precedent except in the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Booker stated under oath that he and his codefendant traveled from Houston, Texas to Lake Charles, Louisiana with the intent to possess with intent to distribute cocaine base. Booker also stated that he carried a firearm with him on this trip. The firearm was placed in the trunk of the car. In *Muscarello v. United States*, the Supreme Court held that carrying a firearm in the trunk of a vehicle is sufficient to support a conviction for carrying a firearm during and in relation to a drug-trafficking offense under 18 U.S.C. § 924 (c)(1).[2]

The judgment of the district court is AFFIRMED.

---

[2] 118 S.Ct. 1911, 1913-4 (1998).